# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00273-JAD-CWH |
| vs. ) | **ORDER** |
| GUSTAVO REYES-SALINAS, and ) FRANCISCO COTA-GOMEZ, ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Motion for Discovery (#24), filed December 5, 2013, and Defendant Francisco Cota-Gomez' Motion for Discovery (#27), filed December 6, 2013. The Court has considered the discovery motions and the Government's Response (#29) thereto. The Government does not oppose the motions and has indicated it will provide the requested information. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Discovery (#24) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Francisco Cota-Gomez' Motion for Discovery (#27) is **granted**.

DATED: December 17, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**