**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GUSTAVO REYES-SALINAS, and ) <br> FRANCISCO COTA-GOMEZ, ) <br> ) <br> Defendants. ) | Case No.  2:13-cr-00273-JAD-CWH <br><br> **ORDER** |

This matter is before the Court on Defendant Francisco Cota-Gomez' Motion to Sever (#41), filed April 22, 2014.  Defendant Cota-Gomez has entered into a plea agreement rendering the motion to sever moot.  (#59).  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Francisco Cota-Gomez' Motion to Sever (#41) is **denied as moot and without prejudice**.

DATED: August 21, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**