# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00273-JAD-CWH |
| vs. ) | **ORDER** |
| GUSTAVO REYES-SALINAS, and ) FRANCISCO COTA-GOMEZ, ) | |
| Defendants. ) | |

This matter is before the Court on Motions to Suppress (#37) and (#38), both filed April 21, 2014. Defendant Francisco Cota-Gomez Francisco Cota-Gomez' plea agreement was approved on September 15, 2014, and his sentencing went forward on October 15, 2014. Likewise, Defendant Gustavo Reyes-Salinas has a change of plea hearing set for October 29, 2014. As both Defendants charged under the Indictment have entered into plea agreements, the pending motions to suppress are now moot and will be denied without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that Motion to Suppress (#37) and Motion to Suppress (#38) are **denied as moot and without prejudice**.

**IT IS FURTHER ORDERED** that the motion hearing currently set for November 20, 2014 is **vacated**.

DATED: October 21, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**