# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00273-JAD-CWH-1 |
| Plaintiff, | **ORDER** |
| v. | |
| GUSTAVO REYES-SALINAS, | |
| Defendant. | |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, May 5, 2025 at 11:00 a.m., be vacated and continued to June 11, 2025, at the hour of 10:30 a.m.; or to a time and date convenient to the court.

   DATED this 2nd day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE