UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00273-JAD-CWH-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| GUSTAVO REYES-SALINAS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Stipulation to Vacate Preliminary Hearing (ECF No. 132) is GRANTED.

IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for Wednesday, June 11, 2025 at 9:30 a.m., be vacated.

DATED this 10th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3